**FILED**

12/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0503

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause DA 22-0503

SUBSECTOR SOLUTIONS, INC., d/b/a,
TREASURE STATE INTERNET &
TELEGRAPH, INC.,

Plaintiff and Appellant,

v.

CITY OF HELENA

Defendant and Appellee.

## ORDER GRANTING MOTION FOR 30-DAY BRIEF EXTENSION

The Plaintiff/Appellants in this matter has moved this Court for a second extension

of time in which to file their Openng Brief. Finding good cause therefore,

IT IS HEREBY ORDERED that Appellant's Brief in this matter is now due

on or before Wednesday, January 11, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2022